1
2
3
4

# UNITED STATES DISTRICT COURT

5

EASTERN DISTRICT OF CALIFORNIA

6

| | |
|---|---|
| 7  ALEX AROZ, | Case No.  1:23-cv-01666-BAM (PC) |
| 8          Plaintiff, | ORDER TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE WITHIN 45 DAYS |
| 9    v. | |
| 10  CAMPBELL, | **FORTY-FIVE (45) DAY DEADLINE** |
| 11          Defendant. | |

12

13      Plaintiff Alex Aroz ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights

14  action under 42 U.S.C. § 1983.  This action was initiated on November 30, 2023.  (ECF No. 1.)

15  Plaintiff has not paid the $405.00 filing fee or submitted an application to proceed *in forma*

16  *pauperis* pursuant to 28 U.S.C. § 1915.

17      Accordingly, IT IS HEREBY ORDERED that:

18      Within **forty-five (45) days** of the date of service of this order, Plaintiff shall submit the

19  attached application to proceed *in forma pauperis*, completed and signed, or in the alternative,

20  pay the $405.00 filing fee for this action.  **No requests for extension will be granted without a**

21  **showing of good cause.  Failure to comply with this order will result in dismissal of this**

22  **action.**

23

24  IT IS SO ORDERED.

25    Dated:   **December 1, 2023**          ___/s/ *Barbara A. McAuliffe*___

26                                              UNITED STATES MAGISTRATE JUDGE

27

28

1